UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT WINCHESTER

| | |
|---|---|
| TONY A. GUNTER, | ) |
| | ) |
| Plaintiff, | ) Case No. 4:16-cv-37 |
| | ) |
| v. | ) Judge Travis R. McDonough |
| | ) |
| BEMIS COMPANY INC., | ) Magistrate Judge Christopher H. Steger |
| | ) |
| Defendant. | ) |

## VERDICT FORM

## CLAIMS

1. **CLAIM NO. 1**: Do you find that Plaintiff has proven, by a preponderance of the evidence, all of the elements required to establish that the Defendant terminated Plaintiff because of his disability?

    Yes: ☑        No: ☐

2. **CLAIM NO. 2**: Do you find that Plaintiff has proven, by a preponderance of the evidence, all of the elements required to establish that Defendant failed to engage in the interactive process in good faith, as required under the Americans with Disabilities Act?

    Yes: ☑        No: ☐

3. **CLAIM NO. 3**: Do you find that Plaintiff has proven, by a preponderance of the evidence, all of the elements required to establish that Defendant failed to accommodate Plaintiff in compliance with the Americans with Disabilities Act?

    Yes: ☑        No: ☐

1

## DEFENSES

4. Do you find that Defendant has proven, by a preponderance of the evidence, that it demonstrated good faith efforts, in consultation with Plaintiff, to identify a reasonable accommodation?

   <u>Note</u>: **You cannot answer "Yes" to Question #4 if you answered "Yes" to Question #2.**

   Yes: ☐         No: ☑

## DAMAGES

<u>Note</u>:  If you answered "No" to Question #1, Question #2, <u>and</u> Question #3, STOP and have the foreperson sign and date this form on page 5.  If you answered "Yes" to Question #1, Question #2, <u>or</u> Question #3, proceed to Questions #5, #6, #7, #8, and #9.

5. Do you find that Plaintiff has proven, by a preponderance of the evidence, that he should be awarded back pay?

   Yes: ☑        No: ☐

   If your answer is "Yes": The jury awards Plaintiff back pay damages in the amount of $ 181,522.61 in connection with the following claims (**check all that apply**):

   Claim No. 1: ☑    Claim No. 2: ☑    Claim No. 3: ☑

6. Do you find that Plaintiff has proven, by a preponderance of the evidence, that he should be awarded front pay?

   Yes: ☑        No: ☐

   If your answer is "Yes": The jury awards Plaintiff front pay damages in the amount of $ 315,000 in connection with the following claims (**check all that apply**):

   Claim No. 1: ☑    Claim No. 2: ☑    Claim No. 3: ☑

3

7. Do you find that Plaintiff has proven, by a preponderance of the evidence, that he should be awarded compensatory damages?

   Yes: ☑    No: ☐

   If your answer is "Yes": The jury awards Plaintiff compensatory damages in the amount of $ 92,000 in connection with the following claims **(check all that apply)**:

   Claim No. 1: ☑    Claim No. 2: ☑    Claim No. 3: ☑

**Note: If you answered "Yes" to Question #5, Question #6, or Question #7, skip Question #8 and proceed to Question #9.**

8. Do you find that Plaintiff has proven, by a preponderance of the evidence, that he should be awarded nominal damages?

   Yes: ☐    No: ☐

   If your answer is "Yes": The jury awards Plaintiff nominal damages in the amount of $_____ in connection with the following claims **(check all that apply)**:

   Claim No. 1: ☐    Claim No. 2: ☐    Claim No. 3: ☐

9. Do you find that Plaintiff has proven, by a preponderance of the evidence, that he should be awarded punitive damages?

   Yes: ☐    No: ☑

   If your answer is "Yes": The jury awards Plaintiff punitive damages in the amount of $_____ in connection with the following claims **(check all that apply)**:

   Claim No. 1: ☐    Claim No. 2: ☐    Claim No. 3: ☐

4

Have the foreperson sign and date this form and return it to the court officer.

_____
FOREPERSON

4-14-17
DATE