IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT WINCHESTER

| | |
|---|---|
| TONY A. GUNTER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 4:16-cv-00037 |
| ) | USCA Case No. 17-6144 |
| v. ) | |
| ) | Judge McDonough |
| BEMIS COMPANY, INC., ) | Magistrate Judge Steger |
| ) | |
| Defendant. ) | |

## PLAINTIFF'S NOTICE OF CROSS-APPEAL

Plaintiff Tony A. Gunter ("Plaintiff") gives notice of appeal to the United States Court of Appeals for the Sixth Circuit from the Order on Defendant's Motion for Judgment as a Matter of Law, or in the Alternative, Motion for New Trial and the Amended Judgment (ECF No. 125, 126) issued August 30, 2017.

.

Respectfully submitted,

*/s Heather Moore Collins*
Heather Moore Collins BPR # 026099
Anne Hunter Williams BPR # 022407
Collins & Hunter PLLC
7000 Executive Center Drive, Suite 320
Brentwood, TN 37027
615-724-1996
615-691-7019 FAX
heather@collinshunter.com

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY certify that a copy of the foregoing has been served via the Court's CM/ECF System this 3rd day of October 2017 to the following:

Jonathan O. Harris
Thomas Whitworth
Ogletree Deakins Nash Smoak & Stewart, P.C.
401 Commerce Street, Suite 1200
Nashville, TN 37219
Jon.harris@ogletree.com
Tom.whitworth@odnss.com

*s/ Heather M. Collins*
Heather M. Collins